Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., VICTOR C. HOWARD, JJ.

### ORDER

### ORDER

PER CURIAM.

Martin Trumbo appeals the motion court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

■

**Martin TRUMBO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62803.**

Missouri Court of Appeals, Western District.

Sept. 7, 2004.

Mark Allen Grothoff, State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Dora A. Fichter, Asst. Attorneys General, for respondent.

Before PATRICIA BRECKENRIDGE, P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.